UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMUULO NAVA, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>NEGRE,<br><br>        Defendant. | No. 1:24-cv-00219-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 14) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On May 1, 2024, the Court screened Plaintiff's first complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 13.) Plaintiff failed to file a second amended complaint or otherwise respond to the Court's order. Therefore, on June 10, 2024, the Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 14.)

On June 27, 2024, Plaintiff filed a second amended complaint. (ECF No. 15.) Inasmuch as Plaintiff has now filed a second amended complaint, albeit untimely, the Court will discharge the order to show cause issued on June 10, 2024 and screen the second amended complaint in due course. However, Plaintiff is advised that he must comply with all orders in a timely manner or the action will be dismissed. Local Rule 110.

IT IS SO ORDERED.

Dated: **June 28, 2024**

                                           UNITED STATES MAGISTRATE JUDGE