# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ROMUULO NAVA, JR., | No. 1:24-cv-00219-JLT-SAB (PC) |
|---|---|
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| NEGRE, | |
| Defendant. | (Doc. 19) |

The magistrate judge issued Findings and Recommendations recommending that this action be dismissed for failure to state a cognizable claim for relief. (Doc. 19.) The Court served the Findings and Recommendations on the Plaintiff and notified him that any objections were due within 14 days. (Doc. 19 at 4.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) He did not object, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 02, 2024 (Doc. 19) are **ADOPTED** in full.
2. The action is dismissed for failure to state a cognizable claim for relief.

3. The Clerk of Court shall close this action.

IT IS SO ORDERED.

Dated:   **August 1, 2024**

_____
UNITED STATES DISTRICT JUDGE